UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE PARISIENNE,

            Plaintiff,

– against –

SCRIPPS MEDIA, INC.,

            Defendant.

**ORDER**

19 Civ. 8612 (ER)

RAMOS, D.J.:

      On September 16, 2019, Theodore Parisienne filed this copyright infringement action against Scripps Media, LLC.  Doc. 1.  On November 19, 2019, the Court granted Defendant leave to file a motion to dismiss.  Defendant never filed its motion and neither party has had substantive contact with the Court.

      The parties are therefore directed to submit a joint status report by **Monday, December 7, 2020**.  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute under Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated:   November 23, 2020
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.